Harry Lefton et al., Respondents, *v.* Miriam Wiener et al., Defendants, and Jacob Carner, Appellant.

(Submitted April 15, 1931; decided May 12, 1931.)

*Joseph P. Tolins* for appellant.

*Forrest S. Chilton* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ.